UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH RAYMOND GEORGE,<br><br>        Defendant. | NO. 2:02-CR-00325 WBS |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff and<br>        Judgement Creditor,<br><br>   v.<br><br>JOSEPH RAYMOND GEORGE,<br><br>        Defendant and<br>        Judgment Debtor. | NO. 2:15-MC-00128 MCE EFB |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff and<br>        Judgement Creditor,<br><br>v.<br><br>JOSEPH RAYMOND GEORGE,<br><br>        Defendant and<br>        Judgment Debtor. | NO. 2:15-MC-00130 TLN DAD |

----oo0oo----

Examination of the above-entitled actions reveals that the two creditor actions are related to the criminal case within the meaning of Local Rule 123(a) because all three cases involve the same parties and the creditor actions seek to enforce the criminal restitution order imposed against the defendant in the criminal case. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same district judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the district and magistrate judges to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. George, No. 2:02-CR-00325 WBS, United States v. George, 2:15-MC-00128 MCE EFB, and United States v. George, 2:15-MC-00130 TLN DAD be, and the same hereby are, deemed related.

2

The case denominated United States v. George, 2:15-MC-00128 MCE EFB shall be reassigned to the Honorable WILLIAM B. SHUBB. The case denominated United States v. George, 2:15-MC-00130 TLN DAD shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Edmund Brennan. Although the creditor actions are reassigned to the undersigned district judge, it is anticipated that the magistrate judge will handle the Applications for Examination of a Third Party and Production of Documents in accordance with Local Rule 302(c)(11).

Any dates currently set in the reassigned cases only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned cases shall be shown as United States v. George, 2:15-MC-00128 WBS EFB and United States v. George, 2:15-MC-00130 WBS EFB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

Dated: November 2, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3