IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH GEORGE,<br><br>    Debtor.<br><br>PRINCIPAL LIFE INSURANCE CO.,<br>PRINCIPAL FINANCIAL GROUP,<br><br>    Garnishee. | Case No. 2:16-mc-00107-WBS-EFB<br><br>ORDER TERMINATING<br>WRIT OF GARNISHMENT<br><br>Criminal Case No. 2:02-cr-00325-WBS |

    The Court, having reviewed the file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

    1.    Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on June 8, 2017, is hereby TERMINATED; and

    2.    The Clerk of the United States District Court shall CLOSE this miscellaneous case.

    IT IS SO ORDERED.

Dated: February 24, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE